# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:03CV141

| | |
|---|---|
| CHARLES D. PARAMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own Motion. Plaintiff filed his Complaint in this matter on March 24, 2003. On May 6, 2004, Plaintiff filed a Motion with the Court, asking for an extension of time to effect service of process on Defendant. In an Order dated May 19, 2004, the Court granted Plaintiff's motion and gave him an additional one hundred and twenty (120) days to serve the summons and complaint. Subsequently, on September 9, 2004, Plaintiff filed a Motion to Correct Defendant's Name, which the Court granted on September 13, 2004. Then on September 14, 2004, Plaintiff filed an Addendum to the Complaint and on that same day, the summons issued for Defendant United States Postal Service.

Since September 14, 2004, service of the summons and complaint has not been executed and no further action has been taken by Plaintiff. In accordance with Rule 4(m) of the Federal Rules of Civil Procedure, the Court will give Plaintiff sixty (60) days from the date of this Order to execute service of process on Defendant. **Plaintiff is cautioned that if such service does not occur within those sixty (60) days, Plaintiff's lawsuit will be subject to dismissal.**

**SO ORDERED.**

**Signed: May 24, 2005**

Graham C. Mullen
Chief United States District Judge