# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles D. Paramore,

    Plaintiff(s),

vs.

United States Postal Service,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:03-cv-141

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2005 Order.

**Signed: September 29, 2005**

Frank G. Johns, Clerk
United States District Court